Case: 1:26-mj-000187
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 10/20/2026
Description: COMPLAINT W/ARREST WARRANT

# STATEMENT OF OFFENSE

1. Members of the Metropolitan Police Department ("MPD"), and federal law enforcement partners, including the undersigned, are investigating a shooting that injured a member of the National Guard on October 18, 2026. Because your affiant was not present during the initial hours of the investigation, much of the following is based on information provided by other members of law enforcement, as well as other evidence obtained during the course of the investigation, including surveillance footage.

## Background

2. On October 18, 2026, at approximately 23:12 hours, ShotSpotter detected the sound of approximately nine gunshots in the vicinity of 418 8th Street SE, Washington, D.C. Additionally, at 23:14 hours, the Office of Unified Communications received a call for service regarding a shooting at 424 8th Street SE, Washington, D.C. Officers with the Metropolitan Police Department were then dispatched to Café 8, located at 424 8th Street SE. Members of law enforcement learned that a physical altercation had occurred on the sidewalk in front of Café 8 involving a group of individuals. Law enforcement learned that members of the National Guard were parked in a vehicle in front of Café 8 when the altercation occurred and attempted to break up this fight. As the National Guardsmen were exiting their vehicle, they heard the sound of several gunshots and observed one of the individuals involved in the altercation (who was subsequently identified as Jerrell JACKSON, DOB: [redacted]) with a firearm. One of the National Guardsmen ordered JACKSON to drop the weapon, but JACKSON did not comply. The National Guardsman then discharged his firearm as JACKSON began to run down an alleyway. As JACKSON was doing so, JACKSON discharged his firearm in the direction of the National Guardsmen, prompting further gunfire during which JACKSON was struck. After JACKSON was struck by gunfire, he dropped his firearm and lay face down on the ground. JACKSON was then

detained by law enforcement and transported to an area hospital for medical treatment for a gunshot wound to the abdomen. Following the exchange of gunfire, a member of the National Guard reported that he had been hit in the right leg by gunfire.

3. Investigators recovered surveillance video from several cameras in the vicinity of Café 8 that captured the shooting. This video is in color and does not contain audio. Law enforcement conducted a preliminary review of this surveillance video and the following was learned.

4. Law enforcement recovered surveillance video from a camera located on the front of Café 8. That camera, named Front-1, is situated on the exterior of the establishment and is northbound facing. At timestamp 23:11:27, the video captures a group of individuals congregated in front of Café 8. At 23:11:31, JACKSON is visible exiting Café 8. At 23:11:37, JACKSON is visible walking northbound away from Café 8.




*Figure 1*

5. At approximately 23:11:44, JACKSON then circled back to Café 8 with his hand positioned in front of his body.




*Figure 2*

6. A group of individuals then approached JACKSON and a physical altercation occurred.




*Figure 3*

7. At approximately 23:12:05 a member of the National Guard exited the front passenger door of the van the Guardsmen were seated in while the altercation was ongoing.



*Figure 4*

8. At timestamp 23:12:03, the altercation abruptly disperses and the group involved in the altercation, as well as individuals in front of the club begin to scatter, consistent with a gunshot having been fired.

9. Surveillance video recovered from a business across the street captured the altercation and what appears to be the first gunshot that was fired during the altercation. This video is in color but does not have sound. At timestamp 23:12:05 smoke consistent with a gunshot having been fired is consistent is captured by the camera.



*Figure 5*

10. Immediately afterwards, the individuals involved in the altercation scatter, as do the group of individuals standing in front of Café 8.



*Figure 6*

11. Surveillance video recovered from Café 8 camera Front-4 also captured the incident. At timestamp 23:12:00 JACKSON is involved in the altercation with the group of individuals.




*Figure 7*

12. At timestamp 23:12:04, the individuals involved in the altercation begin to scatter in a manner consistent with a gunshot having been fired. One of the individuals involved in the altercation runs into the smoke shop that is next door to Café 8.




*Figure 8*

13. At timestamp 23:12:05, JACKSON appears to run after the individual who ran into the smoke shop next door to Café 8. JACKSON appears to be holding an L-shaped object in his right hand that is consistent with a firearm.




*Figure 9*

14. At timestamp 23:12:06, JACKSON, as he is running past the entrance to the smoke shop, raises his right hand and appears to discharge the firearm he is holding. Law enforcement subsequently recovered a bullet fragment from an employee who recovered the fragment from the entrance of the smoke shop.




*Figure 10*

15. At time stamp 23:12:07, JACKSON, while still holding the firearm, runs past another individual standing on the sidewalk and into an alleyway.




Figure 11

16. Approximately a second later a member of the National Guard appears to discharge their service weapon in the direction of JACKSON.




*Figure 12*

17. Law enforcement also recovered surveillance video from a Café 8 camera named Side Front that captures the alleyway JACKSON ran down during the incident. While still holding the firearm, JACKSON runs down the alleyway towards a light colored Subaru. When JAKCSON reaches the rear of the vehicle, he stops, turns around, points the firearm in the direction of the National Guardsmen.



*Figure 13*

18. JACKSON then ducks behind the vehicle, before laying on the ground face down with his hands above his head.

19. Surveillance video of the alleyway from earlier in the evening captured the Subaru parking in the alleyway around 23:05:59 and JACKSON exiting the vehicle from the front passenger seat.



*Figure 14*

20. Law enforcement subsequently recovered a firearm from underneath the Subaru. The recovered firearm was a Taurus G2C 9mm pistol. At the time the firearm was recovered, it was loaded with round in the chamber and one round in a magazine with a 12-round capacity.



*Figure 15*

21. In addition to the firearm, law enforcement recovered three cartridge casings on the ground in the alley south of 414 8th Street SE. These three cartridge cases had headstamps marked with “MaxxTech.” The two cartridges loaded in the Taurus firearm recovered by law enforcement had headstamps marked with “MaxxTech.”

22. Your affiant is aware that there are no firearms or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition recovered by law enforcement traveled in and affected interstate commerce.

23. Jerrell JACKSON has previously been convicted of crimes punishable by more than a year in prison. Specifically, in D.C. Superior Court Case No. 2014 CF3 013717, JACKSON was convicted of Threats to Kidnap or Injure a Person, Assault on a Police Officer, Assault with a Dangerous Weapon, and Possession of a Firearm During a Crime of Violence, for which he was sentenced to 96 months' imprisonment. In D.C. Superior Court Case No. 2009 CF2 010829, JACKSON was convicted of Unlawful Possession of Firearm by a Person Convicted of Crime Punishable by a Term Exceeding One Year and Carrying a Pistol Without a License, for which he was sentenced to 16 months' imprisonment. Because JACKSON has been sentenced to terms of incarceration greater than one year, JACKSON was aware at the time of the offense that he had been convicted of crimes punishable by more than a year in prison.

Respectfully Submitted,

Special Agent Patrick Higgins, Badge 27526
Federal Buruea of Investigation

Subscribed and sworn by telephone pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on October 20, 2026.

HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE